# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

John D. Veleris

                    Plaintiff,

v.                                                  Case No.: 1:08–cv–01357
                                                    Honorable Ronald A. Guzman

Deutsche Bank AG, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 5, 2008:

     MINUTE entry before Judge Honorable Ronald A. Guzman: Status hearing set for 5/5/08 is reset to 6/18/2008 at 09:30 AM. on Plaintiff's request to accommodate settlement. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.