## United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1357 | DATE | 6/5/2008 |
| CASE TITLE | JOHN D. VELERIS vs. DEUTSCHE BANK AG, et al | | |

**DOCKET ENTRY TEXT**

Enter agreed order of dismissal.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|