*MHN*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| John D. Veleris, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 08 C 1357 |
| | ) | |
| Deutsche Bank AG; and Deutsche Bank | ) | Honorable Ronald A. Guzman |
| Securities, Inc., d/b/a Deutsche Bank | ) | |
| Alex. Brown, | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER

The parties, by and through their respective counsel, hereby stipulate and agree that this action be dismissed with prejudice and without costs or fees to any party, all matters in controversy between them having been settled pursuant to a written settlement agreement dated May 9, 2008.

Dated: June **5**, 2008

JOHN D. VELERIS                     DEUTSCHE BANK SECURITIES INC.,
                                                      AND DEUTSCHE BANK AG,

By: _____      By: _____
        His Attorney                                  Its Attorney

Pursuant to the foregoing stipulation, this action is hereby dismissed, with prejudice and without fees and costs to any party. The previously-set status hearing date of June 18, 2008, at 9:30 a.m. is hereby stricken.

Dated:                                              ENTERED: 6/5/08

_____
Ronald A. Guzman